**RHODES v. STATE.**

No. 22898.

Court of Criminal Appeals of Texas.

June 14, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a fine of $100 for a violation of the liquor laws.

The record contains no statement of facts and no bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.